UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | CASE NO. 10-285-M-01 |
| NING, INC. | ) | |
| HEADQUARTERED AT 735 EMERSON | ) | |
| STREET, PALO ALTO, CA 94301 | ) | FILED UNDER SEAL |

**GOVERNMENT'S MOTION TO UNSEAL
AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the affidavit in support of the search warrant in the above-captioned case. In support of this motion, the government states as follows:

The defendant in the case underlying the above search warrant was charged by information. Prior to the filing of the information, the search warrant for the above listed organization was obtained. A Magistrate of the United States District Court for the District of Columbia approved the warrant and granted the government's motion to seal the supporting affidavit in order to protect the integrity of the ongoing criminal investigation. The search warrant has now been executed.

The government, therefore, requests that the affidavit in support of the search warrant be unsealed so that the government can comply with discovery obligations pursuant to Federal Rule of Criminal Procedure 16. The disclosure of the affidavit would no longer create a risk of harm to the investigation.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court unseal the affidavit in support of the above-listed search warrant.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

_____/s/_____
Catherine K. Connelly
Mass. Bar No. 649430
Assistant United States Attorney
555 4th Street, N.W.
(202) 616-3384
Washington, D.C. 20530
Catherine.Connelly2@usdoj.gov